# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ORA VERNELL JOHNSON  
1015 HARDING STREET  
ROCKFORD, IL 61102  

SSN-xxx-xx-0565

Case Number: 06-71585

Case filed on: 8/31/2006  
Plan Confirmed on: 11/17/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,352.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JOHN J CARROZZA | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 018 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ORA VERNELL JOHNSON | 0.00 | 0.00 | 0.19 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.19 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 6,164.69 | 6,164.69 | 6,164.69 | 0.00 |
|  | Total Secured | 6,164.69 | 6,164.69 | 6,164.69 | 0.00 |
| 002 | ACCOUNT RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNT RECOVERY SERVICES | 344.86 | 344.86 | 344.86 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE CASH EXPRESS | 200.00 | 200.00 | 200.00 | 0.00 |
| 006 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALPINE BANK OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICASH LOANS LLC | 458.15 | 458.15 | 458.15 | 0.00 |
| 010 | ASSOCIATED CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 820.72 | 820.72 | 820.72 | 0.00 |
| 012 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ERS SOLUTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,048.00 | 1,048.00 | 1,048.00 | 0.00 |
| 017 | ROBERT JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SECURITY FINANCE | 161.68 | 161.68 | 161.68 | 0.00 |
| 021 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 1,092.39 | 1,092.39 | 1,092.39 | 0.00 |
|  | Total Unsecured | 4,125.80 | 4,125.80 | 4,125.80 | 0.00 |
|  | Grand Total: | 12,490.49 | 12,490.49 | 12,490.68 | 0.00 |

Total Paid Claimant:     $12,490.68  
Trustee Allowance:       $861.32  
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008          By  /s/Heather M. Fagan